Sara L. Gabin, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Robert E. Summerville, Jr.

FILED'09 SEP 3 9 04USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROBERT E. SUMMERVILLE, JR., | Case No. 08-550-MO |
| Plaintiff, | ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $4,224.17 are awarded to plaintiff (Summerville) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to her attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

DATED this 2d day of Sep., 2009.

_____
UNITED STATES DISRCTIC COURT JUDGE

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES           Page 1

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ MATHEW PILE
MATHEW PILE
Special Assistant United States Attorney